COMMONWEALTH of Kentucky, FISH AND WILDLIFE DIVISION, Movant,

v.

Louis LANIER and Workmen's Compensation Board, Respondents.

Supreme Court of Kentucky.

Sept. 2, 1980.

Jonathan Freed, Boehl, Stopher, Graves & Deindoerfer, Paducah, for movant.

Earl T. Osborne, Paducah, for respondent Louis Lanier.

Gerald V. Roberts (as Director), Dept. of Labor, Frankfort, for respondent Workmen's Compensation Bd.

### OPINION AND ORDER

The Court, having considered the briefs of movant and Louis Lanier, and having heard oral argument of movant in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's order granting discretionary review is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur.

ENTERED September 2, 1980.

/s/ John S. Palmore
Chief Justice

John Robert ROTTINGHAUS, Movant,

v.

BOARD OF COMMISSIONERS OF the CITY OF COVINGTON, Kentucky, Respondent.

Supreme Court of Kentucky.

Sept. 2, 1980.

Stephen D. Wolnitzek, Taliaferro, Smith, Wolnitzek & Schachter, Covington, for movant.

Otto Daniel Wolff, Covington, for respondent.

Henry Watson, III, Gen. Counsel, Kentucky Municipal League, Lexington, for amicus curiae Municipal League and Municipal Attys. Assn. of Ky.

### OPINION AND ORDER

The Court, having considered the briefs of movant and respondent, and having heard oral argument of parties in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's order granting discretionary review is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur except STEPHENSON, J., who did not sit.

ENTERED September 2, 1980.

/s/ John S. Palmore
Chief Justice